DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**A.F.,** the mother,
Appellant,

v.

**DEPARTMENT OF CHILDREN AND FAMILIES**
and **GUARDIAN AD LITEM,**
Appellees.

No. 4D19-3964

[June 5, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jose Izquierdo, Judge; L.T. Case No. 2016-3364-DP.

Antony P. Ryan, Regional Counsel, and Richard G. Bartmon, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, Fourth District, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Carolyn Schwarz, Assistant Attorney General, Children's Legal Services, Fort Lauderdale, for appellee, Department of Children and Families.

Thomasina F. Moore, Statewide Director of Appeals, and Samantha C. Valley, Senior Attorney, Appellate Division, Statewide Guardian Ad Litem Office, Tallahassee, for appellee, Guardian Ad Litem.

PER CURIAM.

*Affirmed.*

GROSS, KUNTZ, JJ., and CURLEY, JOSEPH, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***